| | | |
|---|---|---|
| **JEROME DINELL MATTHEWS AND ELTON BARBER** | **\*** | **NO. 2024-CA-0227** |
| | **\*** | **COURT OF APPEAL** |
| **VERSUS** | **\*** | **FOURTH CIRCUIT** |
| **PHILLIPS 66 COMPANY, TURNER INDUSTRIES GROUP, LLC, BRANDSAFWAY SERVICES LLC, AND OIL MOP L.L.C. D/B/A OMI ENVIRONMENTAL SOLUTIONS LLC** | **\*** | **STATE OF LOUISIANA** |
| | **\*** | |
| | **\*** | |
| | **\* \* \* \* \* \* \*** | |

KKH

**HERMAN, J., CONCURS IN THE RESULT**